IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF          CV 09 80 024 MISC

A. Bryan Diaz, Jr. - #219905

_____/

### ORDER TO SHOW CAUSE

It appearing that A. Bryan Diaz, Jr. has been suspended for six months by the Supreme Court of California effective October 31, 2008.

**IT IS ORDERED**

That respondent show cause in writing on or before March 26, 2009 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

A. Bryan Diaz, Jr.
Attorney At Law
6060 N Greentree Drive
Somis, CA 93066