**FILED**

APR 08 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV-09-80024 MISC VRW |
| A Bryan Diaz, Jr, | |
| State Bar No 219905 | ORDER |

On February 23, 2009, the court issued an order to show cause (OSC) why A Bryan Diaz, Jr, should not be removed from the roll of attorneys authorized to practice law before this court, based upon a six month suspension by the Supreme Court of California, effective October 31, 2008.

The OSC was mailed to Mr Diaz's address of record with the State Bar. No response to the OSC has been filed.

The court now orders A Bryan Diaz, Jr removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

A Bryan Diaz, Jr,

      Plaintiff,

_____/

Case Number: CV09-80024 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

A Bryan Diaz, Jr.
6060 N Greentree Drive
Somis, CA 93066

Dated: April 8, 2009

                                        Richard W. Wieking, Clerk
                                        By: Cora Klein, Deputy Clerk
                                        *Cora Klein*